Official Form 1 (1/08)

| United States Bankruptcy Court | Voluntary Petition |
| --- | --- |
| DISTRICT OF SOUTH CAROLINA | |

| Name of Debtor (if individual, enter Last, First, Middle): **Seppala, Brian J.** | Name of Joint Debtor (Spouse)(Last, First, Middle): **Seppala, Amy Robinson** |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **NONE** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): **NONE** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **6985** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **4490** |
| Street Address of Debtor (No. & Street, City, and State): **135 W. McElhaney Road** **Taylors SC**   ZIPCODE **29687** | Street Address of Joint Debtor (No. & Street, City, and State): **135 W. McElhaney Road** **Taylors SC**   ZIPCODE **29687** |
| County of Residence or of the Principal Place of Business: **Greenville** | County of Residence or of the Principal Place of Business: **Greenville** |
| Mailing Address of Debtor (if different from street address): **SAME**   ZIPCODE | Mailing Address of Joint Debtor (if different from street address): **SAME**   ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **NOT APPLICABLE**   ZIPCODE | |

| Type of Debtor (Form of organization) (Check **one** box.) | Nature of Business (Check **one** box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
| --- | --- | --- |
| ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* | ☐ Health Care Business | ☐ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding |
| ☐ Corporation (includes LLC and LLP) | ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B) | ☐ Chapter 9 |
| ☐ Partnership | ☐ Railroad | ☒ Chapter 11 |
| ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below | ☐ Stockbroker | ☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | ☐ Commodity Broker | ☐ Chapter 13 |
| | ☐ Clearing Bank | |
| | ☐ Other | |

**Nature of Debts** (Check one box)

☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"   ☐ Debts are primarily business debts.

**Tax-Exempt Entity** (Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**

Check one box:

☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).

☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check if:**

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:

☐ A plan is being filed with this petition

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
| --- | --- |
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors. | |
| ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☒ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Official Form 1 (1/08)                                                                                          FORM B1, Page   2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Brian J. Seppala and** |
| | **Amy Robinson Seppala** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | | (If more than two, attach additional sheet) |
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | | (If more than one, attach additional sheet) |
|---|---|---|
| Name of Debtor: *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | X   */s/ R. Geoffrey Levy*                                    *12/31/2009* |
| | <u>Signature of Attorney for Debtor(s)</u>                         Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and exhibit C is attached and made a part of this petition.
☒   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒   Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☒   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (1/08)

FORM B1, Page    3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Brian J. Seppala and Amy Robinson Seppala** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Brian J. Seppala**
Signature of Debtor

**X** **/s/ Amy Robinson Seppala**
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

**12/31/2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

**12/31/2009**
(Date)

### Signature of Attorney*

**X** **/s/ R. Geoffrey Levy**
Signature of Attorney for Debtor(s)

**R. Geoffrey Levy 2666**
Printed Name of Attorney for Debtor(s)

**Levy Law Firm, LLC**
Firm Name

**2300 Wayne Street**
Address

**Columbia SC  29201**

**803-256-4693**
Telephone Number

**12/31/2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

**12/31/2009**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

In re   *Brian J. Seppala*
     *and*
*Amy Robinson Seppala*

Case No.
Chapter *11*

_____ / Debtor

Attorney for Debtor:   *R. Geoffrey Levy*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in
      connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____*25,000.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $ _____*25,000.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $ _____*0.00*

3. $ _____*1,039.00*_____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
      file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
      court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
   services performed, and
       *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
   be from earnings, wages and compensation for services performed, and
       *$375.00 per hour as approved by the Court.*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
   the value stated:
       *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
   law firm, any compensation paid or to be paid except as follows:
       *None*

Dated: *12/31/2009*                    Respectfully submitted,

                    X */s/ R. Geoffrey Levy* _____
Attorney for Petitioner: *R. Geoffrey Levy*
                         *Levy Law Firm, LLC*
                         *2300 Wayne Street*
                         *Columbia SC  29201*

                         *803-256-4693*

Form B 201 (11/03)

# UNITED STATES BANKRUPTCY COURT
# NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankuptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can expain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankuptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under the plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| 12/31/2009 | /s/Brian J. Seppala | |
| --- | --- | --- |
| Date | Signature of Debtor | Case Number |

| 12/31/2009 | /s/Amy Robinson Seppala |
| --- | --- |
| Date | Signature of Joint Debtor |

DEBTOR COPY        COURT COPY
(circle one)

Equity Holders

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

In re *Brian J. Seppala*
and
*Amy Robinson Seppala*

Case No.
Chapter  *11*

_____ / Debtor

Attorney for Debtor:  *R. Geoffrey Levy*

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|---|---|---|---|
| | *Debtor has no Equity Security Holders* | | |
| | | | |
| | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A INDIVIDUAL DEBTOR

Brian J. Seppala and Amy Robinson Seppala_____ of the *individual debtors*_____ named as

debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the best of my knowledge, information and belief.

Date: *12/31/2009*_____

Signature: */s/* Brian J. Seppala_____

/s/ Amy Robinson Seppala_____

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

In re  *Brian J. Seppala*                                                    Case No.
    *and*                                                          Chapter  *11*
    *Amy Robinson Seppala*

_____  ,
                     Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*Imperial Systems*<br>*205 E. Wade Hampton Blvd.*<br>*Greer SC  29651* | Phone:<br>*Imperial Systems*<br>*205 E. Wade Hampton Blvd.*<br>*Greer SC  29651* | | | $ 165,087.19 |
| 2<br>*Greer Flooring Center*<br>*PO Box 105525*<br>*Atlanta GA  30348-5525* | Phone:<br>*Greer Flooring Center*<br>*PO Box 105525*<br>*Atlanta GA  30348-5525* | | | $ 113,467.59 |
| 3<br>*Air Systems Inc.*<br>*4 Custom Mill Court*<br>*Greenville SC  29609* | Phone:<br>*Air Systems Inc.*<br>*4 Custom Mill Court*<br>*Greenville SC  29609* | | | $ 101,735.00 |
| 4<br>*Tim Kalliavin*<br>*366 Pine Drive*<br>*Greer SC  29651* | Phone:<br>*Tim Kalliavin*<br>*366 Pine Drive*<br>*Greer SC  29651* | | | $ 100,000.00 |
| 5<br>*Wachovia*<br>*c/o Bonnie K. Rhudy*<br>*300 N. Greene St., 5th*<br>*Greensboro NC  27401* | Phone:<br>*Wachovia*<br>*c/o Bonnie K. Rhudy*<br>*300 N. Greene St., 5th*<br>*Greensboro NC  27401* | | | $ 98,868.48 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Marsh Furniture Company<br>PO Box 65893<br>Charlotte NC  28265 | Phone:<br>Marsh Furniture Company<br>PO Box 65893<br>Charlotte NC  28265 | | | $ 97,536.09 |
| 7<br>84 Lumber<br>675 South Old Piedmont Hwy<br>Greenville SC  29605 | Phone:<br>84 Lumber<br>675 South Old Piedmont Hwy<br>Greenville SC  29605 | | | $ 96,767.83 |
| 8<br>Framers Unlimited & Constr.<br>516 East North St.<br>Greenville SC  29601 | Phone: 864-241-3565<br>Framers Unlimited & Constr.<br>516 East North St.<br>Greenville SC  29601 | | | $ 85,368.15 |
| 9<br>Bank of America<br>PO Box 1091<br>Charlotte NC  28254-3489 | Phone:<br>Bank of America<br>PO Box 1091<br>Charlotte NC  28254-3489 | | | $ 84,290.35 |
| 10<br>Bradco Supply Corporation<br>100 Bi-Lo Boulevard<br>Greenville SC  29607 | Phone:<br>Bradco Supply Corporation<br>100 Bi-Lo Boulevard<br>Greenville SC  29607 | | | $ 76,140.91 |
| 11<br>A & B Plumbing<br>64 St. Mark Road<br>Taylors SC  29687 | Phone:<br>A & B Plumbing<br>64 St. Mark Road<br>Taylors SC  29687 | | | $ 63,388.20 |
| 12<br>Peoples National Bank<br>45 East Antrim Drive<br>Greenville SC  29607 | Phone:<br>Peoples National Bank<br>45 East Antrim Drive<br>Greenville SC  29607 | | | $ 63,158.86 |

B4 (Official Form 4) (12/07)

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 13<br>Suburban Construction Inc.<br>3220 Wade Hampton Blvd.<br>Suite D<br>Taylors SC  29687 | Phone:<br>Suburban Construction Inc.<br>3220 Wade Hampton Blvd.<br>Suite D<br>Taylors SC  29687 | | | $ 59,645.00 |
| 14<br>Jaymarc Electric, Inc.<br>16 W. McElhany Rd.<br>Anderson SC  29621 | Phone:<br>Jaymarc Electric, Inc.<br>16 W. McElhany Rd.<br>Anderson SC  29621 | | | $ 59,316.75 |
| 15<br>Central Insurance Companies<br>PO Box 828<br>Van Wert OH  45891-0828 | Phone:<br>Central Insurance Companies<br>PO Box 828<br>Van Wert OH  45891-0828 | | | $ 54,845.55 |
| 16<br>First Tennessee Bank NA<br>5821 Fairview Road<br>Suite 302<br>Charlotte NC  28209 | Phone:<br>First Tennessee Bank NA<br>5821 Fairview Road<br>Suite 302<br>Charlotte NC  28209 | | | $ 42,458.78 |
| 17<br>Sears - Commercial One<br>PO Box 689131<br>Des Moines IA  50368-9131 | Phone:<br>Sears - Commercial One<br>PO Box 689131<br>Des Moines IA  50368-9131 | | | $ 41,804.31 |
| 18<br>Stock Builders Carolina<br>PO Box 404934<br>Atlanta GA  30384-4934 | Phone:<br>Stock Builders Carolina<br>PO Box 404934<br>Atlanta GA  30384-4934 | | | $ 37,890.44 |
| 19<br>First Palmetto Savings Bank<br>Attn: Jason Hutto<br>5321 Sunset Blvd.<br>Lexington SC  29072 | Phone:<br>First Palmetto Savings Bank<br>Attn: Jason Hutto<br>5321 Sunset Blvd.<br>Lexington SC  29072 | | | $ 36,839.40 |

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 20<br>Hazel's Hauling & Grading, LLC<br>Attn: David Hazel<br>4 Brewster Drive<br>Taylors SC  29687 | Phone:<br>Hazel's Hauling & Grading, LLC<br>Attn: David Hazel<br>4 Brewster Drive<br>Taylors SC  29687 | | | $ 32,719.60 |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I, _____ , _____ of the *Individual Debtor* named

as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that

they are true and correct to the best of my knowledge, information and belief.

Date: *12/31/2009*          Signature */s/ Brian J. Seppala* _____

          Name: *Brian J. Seppala*


Date: *12/31/2009*          Signature */s/ Amy Robinson Seppala* _____

          Name: *Amy Robinson Seppala*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

The above named debtor, or attorney for the debtor if applicable, does hereby certify that the master mailing

list of creditors submitted either on computer diskette or by a typed hardcopy in a scannable format has been

compared to, and contains identical information to, the debtor's schedules, statements and lists pursuant  to

SC LBR 1007-1.

Master mailing list of creditors submitted via:

(a) _____ computer diskette

(b) ___X___ scannable hard copy ___17___ (number of sheets submitted)

Date: _12/31/2009_____

Signature _/s/ R. Geoffrey Levy_____
R. Geoffrey Levy, Attorney for Debtor
2300 Wayne Street
Columbia, SC  29201
803-256-4693
District Court I.D. Number: 2666

```
BANK OF INTERNET
PO BOX 919008
SAN DIEGO  CA  92191


CAPITAL ONE
PO BOX 260848
PLANO  TX  75026-0848


CHASE HOME FINANCE
PO BOX 9001871
LOUISVILLE  KY  40290-1871


CITI MORTGAGE
PO BOX 183040
COLUMBUS  OH  43218-3040


THE PALMETTO BANK
PO BOX 49
LAURENS  SC  29360


ANDERSON COUNTY TREASURER
PO BOX 1658
ANDERSON  SC  29622-1658


GASTON COUNTY TAX COLLECTOR
PO BOX 580326
CHARLOTTE  NC  28258-0326


GREENVILLE CTY TAX COLLECTOR
DEPARTMENT 390
PO BOX 100221
COLUMBIA  SC  29202-3221


LAURENS COUNTY TAX COLLECTOR
LESLIE CAMPBELL  DELINQ  TAX
PO BOX 1049
LAURENS  SC  29360-1049


OCONEE COUNTY TAX COLLECTOR
PO BOX 494
WALHALLA  SC  29691-0494
```

PICKENS COUNTY TAX COLLECTOR
PO BOX 431
PICKENS  SC  29671


SPARTANBURG COUNTY TREASURER
PO BOX 100260
SPARTANBURG  SC  29302-3260


29 CONSTRUCTION INC
32 EXODUS WAY
GREER  SC  29651


84 LUMBER
675 SOUTH OLD PIEDMONT HWY
GREENVILLE  SC  29605


A & B PLUMBING
64 ST  MARK ROAD
TAYLORS  SC  29687


A TO Z INC
PO BOX 1160
DUNCAN  SC  29334


AAA CARPET UPHOLSTERY
AND AIR DUCT CLEANING INC
PO BOX 1228
TAYLORS  SC  29687


ACE ENVIRONMENTAL INC
50B CHEROKEE ROAD
PELZER  SC  29669-9183


ACTION CONCRETE PUMPING INC
PO BOX 3569
GREENVILLE  SC  29608


AIR SYSTEMS INC
4 CUSTOM MILL COURT
GREENVILLE  SC  29609

AMERICAN EXPRESS
PO BOX 981535
EL PASO  TX  79998-1535


AMERICA'S LIGHTING
1200 WOODRUFF ROAD
SUITE B-11
GREENVILLE  SC  29607


AUTO-OWNERS INSURANCE
PO BOX 30315
LANSING  MI  48909-7815


BANK OF AMERICA
PO BOX 15019
WILMINGTON  DE  19886-5019


BANK OF AMERICA
PO BOX 1091
CHARLOTTE  NC  28254-3489


BARTIMAEUS  INC
600 PROGRESS INDUSTRIAL BLVD
SUITE 201
LAWRENCEVILLE  GA  30043


BELLESTONE HOMEOWNERS ASSOC
PO BOX 51116
PIEDMONT  SC  29673


BILLY J  BOLDING
329 BOOGER BRANCH RD
SIX MILE  SC  29682


BRADCO SUPPLY CORPORATION
100 BI-LO BOULEVARD
GREENVILLE  SC  29607


BROOKS & AUTUMN WOODS HOA
C/O JOYNER PROPERTY MANAGEMENT
PO BOX 16059
GREENVILLE  SC  29606

C & B ELECTRICAL SERVICES  INC
10024 PELHAM ROAD EXT
SIMPSONVILLE  SC  29681


C & J ENTERPRISES
815 POPLAR DR  EXT
GREER SC  29651


C & M RESTROOMS  LLC
PO BOX 141
SIMPSONVILLE  SC  29681


CABINET INSTALLATION
3429 RUTHERFORD ROAD EXT
SUITE B
TAYLORS  SC  29687


CALLSOURCE
31280 OAK CREST DRIVE
SUITE 3
WESTLAKE VILLAGE  CA  91361


CAPITAL BANK
ATTN  BILL ROUGHTON
1200 W  WADE HAMPTON BLVD
GREER  SC  29650


CARPET ONE INTERIORS BY TOMMY
5150 WADE HAMPTON BLVD
TAYLORS  SC  29687


CEDAR GLEN HOMEOWNERS ASSOC
C/O C  DAN JOYNER PROP  MGMT
PO BOX 16059
GREENVILLE  SC  29606


CEMEX
PO BOX 905875
CHARLOTTE  NC  28290-5875

CENTRAL INSURANCE COMPANIES
PO BOX 828
VAN WERT  OH  45891-0828


CENTURY CONCRETE
PO BOX 2524
GREER  SC  29651


CHAD SEPPALA
2 EXODUS WAY
GREER  SC  29651


CHARTWELL ESTATES II COM  ASSO
C/O DAN JOYNER PROP  MGMT
PO BOX 16059
GREENVILLE  SC  29606


CIT TECHNOLOGY FIN  SVC  INC
ATTN  CUSTOMER SERVICE
21146 NETWORK PLACE
CHICAGO  IL  60673-1211


CORNERSTONE NATIONAL BANK
45 FARRIS BRIDGE ROAD
GREENVILLE  SC  29617


CORY KINNUNEN
30 BIRCH TREE RD
GREER  SC  29651


COUNTRY CHASE HOA  INC
C/O CHASTINE PROP  MGMT  LLC
700 AIRPORT RD
GREENVILLE  SC  29607


CRESCENT CREEK HOA
C/O C  DAN JOYNER PROP  MGMT
PO BOX 16059
GREENVILLE  SC  29606

CROSS CONSTRUCTION
105 BULLS RD
TAYLORS  SC  29687


CUSTOM STONE WORKS
48 DONKLE ROAD
GREENVILLE  SC  29609


D & E CONCRETE
801 DILLS FARM WAY
GREER  SC  29651-5571


DANIEL T  JONES  III  CPA  PA
904 E  WASHINGTON ST
GREENVILLE  SC  29601


DELTACOM
PO BOX 740597
ATLANTA  GA  30374-0597


DIAMOND SPRINGS
PO BOX 667887
CHARLOTTE  NC  28266-7887


DISCOVER CARD
PO BOX 30943
SALT LAKE CITY  UT  84130


DUKE ENERGY
PO BOX 70516
CHARLOTTE  NC  28272-0515


EAGLE PRINTING
3058 WADE HAMPTON BLVD
TAYLORS  SC  29687


ELITE SIGNS
2573 EAST PHILLIPS ROAD
GREENVILLE  SC  29615

EVERETT LUMPKIN
23 BALLART CT
GREENVILLE  SC  29605


FIRESIDE HEARTH & HOME
H & I PARENT CORP
PO BOX 277703
ATLANTA  GA  30384-7703


FIRST NATIONAL BANK OF SOUTH
PO BOX 3508
SPARTANBURG  SC  29304-3508


FIRST PALMETTO SAVINGS BANK
ATTN  JASON HUTTO
5321 SUNSET BLVD
LEXINGTON  SC  29072


FIRST TENNESSEE BANK NA
5821 FAIRVIEW ROAD
SUITE 302
CHARLOTTE  NC  28209


FORKS AT BEAVERDAM HOA
C/O STARLITE EXPRESS INC
PO BOX 80598
SIMPSONVILLE  SC  29680


FRAMERS UNLIMITED & CONSTR
516 EAST NORTH ST
GREENVILLE  SC  29601


G & K SERVICES - GREENVILLE
1625 HERAEUS BLVD
BUFORD  GA  30518


GARAGE DOOR SERVICES  INC
PO BOX 181
LYMAN  SC  29365

GEOTRACK TECHNOLOGIES  INC
3620 PELHAM ROAD
PMB-292
GREENVILLE  SC  29615-5044


GRAND SOUTH BANK
PO BOX 6548
GREENVILLE  SC  29606


GRANITE CUSTOM KITCHEN & BATH
242 NEELY FERRY ROAD
SUITE A
SIMPSONVILLE  SC  29680


GREENVILLE NEWS
PO BOX 1688
GREENVILLE  SC  29602


GREENVILLE REAL ESTATE GUIDE
PO BOX 5691
GREENVILLE  SC  29606


GREENVILLE WATER SYSTEM
PO BOX 687
GREENVILLE  SC  29602-0687


GREER FLOORING CENTER
PO BOX 105525
ATLANTA  GA  30348-5525


HARDAWAY CONCRETE UPSTATE  INC
AGGREGATE INDUSTRIES
PO BOX 601493
CHARLOTTE  NC  28260-1493


HAZEL'S HAULING & GRADING  LLC
ATTN  DAVID HAZEL
4 BREWSTER DRIVE
TAYLORS  SC  29687

HD SUPPLY
DBA HD SUP PLBG/HVAC LTD
PO BOX 601976
CHARLOTTE  NC  28260-1976


HEATON'S SEPTIC
DBA HEATON SEPTIC
116 KNOXETOWN
EASLEY  SC  29640


HERALD-JOURNAL
PO BOX 1657
BOILING SPRINGS  SC  29316


HINSON MANAGEMENT  INC
PO BOX 160207
GREER  SC  29652


HIRED KILLERS
PO BOX 1260
THE LAKES  NV  88901-6029


HOME DEPOT
PO BOX 6029
GREER  SC  29651


IMPERIAL SYSTEMS
205 E  WADE HAMPTON BLVD
GREER  SC  29651


INFOSERVE USA
3349 MONROE AVENUE
#235
ROCHESTER  NY  14618


IRON MAN
203 W  BELVEDERE ROAD
GREENVILLE  SC  29605


JAYMARC ELECTRIC  INC
16 W  MCELHANY RD
ANDERSON  SC  29621

JIM HICKS AND COMPANY  LLC
4136 CLEMSON ROAD
ANDERSON  SC  29621


JOHN B  WILLIAMS  ESQUIRE
ATTORNEY FOR CHERYL MITCHUM
PO BOX 1288
MONCKS CORNER  SC  29461


JOSEPH G  ARMSTRONG  LLC
201 WEST STONE AVENUE
GREENVILLE  SC  29609


JWM NAILS  LLC
WALTER JARAMILLO
7 GRAYHAWK WAY
SIMPSONVILLE  SC  29681


KIRBY SANITATION
DIVISION OF C & J
PO BOX 1116
GREER  SC  29652


LANAVE SHELVING
469 KIRBY RD
MOORESBORO  NC  28114


LAURENS COUNTY WATER AND SEWER
PO BOX 1006
LAURENS  SC  29360-1006


LENHARDT VILLAGE HOA
3445 PELHAM ROAD
SUITE 102
GREENVILLE  SC  29615


LONDON RAIN IRRIGATION
2502 BRUSHY CREEK ROAD
GREER  SC  29650

LONG HEAT & AIR CONDITIONING
109 ANGIE LANE
SIMPSONVILLE  SC  29681


MARIETTA WATER FIRE SANITATION
& SEWER
PO BOX 249
MARIETTA  SC  29661


MARSH FURNITURE COMPANY
PO BOX 65893
CHARLOTTE  NC  28265


MARTIN & COMPANY LLC
C/O ANNA METZ
170 WEXFORD DRIVE
ANDERSON  SC  29621


MASTERBRAND CABINETS INC
ATTN  JOLENE GREENER
PO BOX 420
JASPER  IN  47547-0420


MEDINAS HAULING INC
2300 QUARRY RD
GRAY COURT  SC  29645


MIKE POULOS
110 BRANDI-STARR CT
GREER  SC  29651


MK ELECTRIC
C/O MARK KURYLO
271 FAYE COURT
GREER  SC  29651


NATIONAL HOME INSURANCE CO
ATTN  CATHERINE SWEENEY
ONE DENVER HIGHLANDS
DENVER  CO  80231

NBSC
1324 W  WADE HAMPTON BLVD
GREER  SC  29650


NEC FINANCIAL SERVICES INC
24189 NETWORK PLACE
CHICAGO  IL  60673-1241


NEW HOME FINDER/NETWORK COMM
PO BOX 402168
ATLANTA  GA  30384-2168


NORTH STAR DRYWALL
PO BOX 127
TAYLORS  SC  29687


NW WHITE & CO
DEPT  341
PO BOX 100199
COLUMBIA  SC  29202-3199


PALM BEACH COFFEE ROASTERS LLC
3535 HIGH RIDGE ROAD
BOYNTON BEACH  FL  33426


PEOPLES NATIONAL BANK
45 EAST ANTRIM DRIVE
GREENVILLE  SC  29607


PIEDMONT NATURAL GAS
PO BOX 70904
CHARLOTTE  NC  28272-0904


PLUS INC
PO BOX 5643
GREENVILLE  SC  29606


PREMIER STREET CLEANING
PO BOX 838
TAYLORS  SC  29687

PRESERVE AT MOUNTAIN CREEK HOA
C/O C  DAN JOYNER PROP  MGMT
PO BOX 16059
GREENVILLE  SC  29606


PRO-BUILD EAST  LLC
259 ACCESS RD
SPARTANBURG  SC  29305


QUALITY BUILDERS WARANTY
325 NORTH SECOND STREET
LEMOYNE  PA  17043


RAFAEL MARTINEZ MASONRY INC
701 QUILLEN AVENUE
FOUNTAIN INN  SC  29644


RC CONTRACTOR LLC
215 DUNCAN CHAPEL RD
APT  33
GREENVILLE  SC  29617


RESOURCE REAL ESTATE SERVICES
PO BOX 5181
GREENVILLE  SC  29606


RICK'S FIBERGLASS REPAIR
PO BOX 61
KINGS MOUNTAIN  NC  28086


SC BANK & TRUST
PO BOX 2486
ORANGEBURG  SC  29116


SEARS - COMMERCIAL ONE
PO BOX 689131
DES MOINES  IA  50368-9131


SIGN SOURCE  INC
1200 WOODRUFF ROAD
C-18
GREENVILLE  SC  29607

SITE DESIGN  INC
420 EAST PARK AVENUE
SUITE 100
GREENVILLE  SC  29601


SOUTHERN POOLS
1421 WEST WADE HAMP BLVD
GREER  SC  29650


SOUTHERN STAIRCASE
PO BOX 536899
ATLANTA  GA  30353-6899


SOUTHERN STYLE LAWN
MAINTENANCE LLC
12 CORAL DRIVE
TAYLORS  SC  29687


SPRING HAVEN ORR HOA
C/O C  DAN JOYNER PROP  MGMT
PO BOX 16059
GREENVILLE  SC  29606


SPRINT
PO BOX 4181
CAROL STREAM  IL  60197-4181


STOCK BUILDERS CAROLINA
PO BOX 404934
ATLANTA  GA  30384-4934


SUBURBAN CONSTRUCTION INC
3220 WADE HAMPTON BLVD
SUITE D
TAYLORS  SC  29687


TARGET NATIONAL BANK
C/O TARGET CREDIT SERVICES
PO BOX 5937
MINNEAPOLIS  MN  55459-0317

```
TCI CONTRACTING  LLC
4080 MCGINNIS FERRY ROAD
SUITE 1503
ALPHARETTA  GA  30005


TENNEY PERMITTING COMPANY
5 PHILLIP MEADOW WAY
TRAVELERS REST  SC  29690


THE BROOKS & AUTUMN WOODS HOA
C/O C  DAN JOYNER PROP  MGMT
PO BOX 16059
GREENVILLE  SC  29606


THE COPY SPOT
722 LOWNDES HILL ROAD
GREENVILLE  SC  29607


THE LIGHTING CENTER INC
5200 WADE HAMPTON BLVD
TAYLORS  SC  29687


THE PALMETTO BANK
PO BOX 48
LAURENS  SC  29360


THE REAL ESTATE BOOK
TREB GREENVILLE - NEED ADDRESS
ATLANTA  GA  30384-2168


THOMAS CONCRETE OF SC INC
PO BOX 725569
ATLANTA  GA  31139


TIGER STRIPES LAWN MAINTENANCE
25 N  JONES ROAD
TAYLORS  SC  29687


TIM KALLIAVIN
366 PINE DRIVE
GREER  SC  29651
```

TOLLEY'S PRESSURE WASHING
24 WALLACE STREET
GREENVILLE  SC  29605


TUCKER MATERIAL INC
PO BOX 8
TAYLORS  SC  29687


UPSTATE GUTTERS
1754 WOODRUFF ROAD
SUITE 164
GREENVILLE  SC  29607


UPSTATE SPECIALITY PRODUCTS
PO BOX 446
DUNCAN  SC  29334


WACHOVIA
C/O BONNIE K  RHUDY
300 N  GREENE ST   5TH FLOOR
GREENSBORO  NC  27401


WACHOVIA CARD SERVICES
PO BOX 563966
ATLANTA  GA  30348-5204


WHITE OAK RIDGE HOA
C/O C  DAN JOYNER PROP  MGMT
PO BOX 16059
GREENVILLE  SC  29606


WSI WEBWORKS
235 ADLEY WAY
GREENVILLE  SC  29607


YOUNGBLOOD DEVELOPMENT CORP
1909A EAST MAIN STREET
EASLEY  SC  29640


CONSEPT HOMES
514 EAST NORTH STREET
GREENVILLE  SC  29601

```
DIMENSIONAL DESIGN LLC
514 EAST NORTH STREET
GREENVILLE  SC  29601


FRAMERS UNLIMITED
514 EAST NORTH STREET
GREENVILLE  SC  29601


SCOTT AND KATHY WHITHAM
106 SHOVLER CT
GREENVILLE  SC  29607
```